# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2025

## NO. 03-23-00398-CV

**Jorge Arellano, Appellant**

**v.**

**Magdaleno Villegas, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment signed by the trial court on June 8, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the judgment as to liability and the damages awarded for lost wages, medical expenses, and pain and suffering. Therefore, the Court affirms that portion of the trial court's judgment. The Court further finds that there was reversible error in the portion of the judgment awarding damages for mental anguish, past physical impairment, and exemplary damages. Therefore, the Court reverses that portion of the trial court's judgment and remands the case to the trial court for a new trial on those damages due to our reversal of the mental-anguish and physical-impairment awards. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.